Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 252-5002
Facsimile: (702) 252-5006
Email: kfl@slwlaw.com
        kw@slwlaw.com
Attorneys for Plaintiff
U.S. Bank National Association,
As Trustee For MASTR Asset Backed
Securities Trust 2006-WMC4, Mortgage
Pass-Through Certificates, Series 2006-WMC4

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2006-WMC4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC4, <br><br> Plaintiff, <br><br> v. <br><br> ER HOLDINGS NV LLC, a Nevada limited liability company; VILLA DEL ORO OWNERS ASSOCIATION, a Nevada non-profit corporation; LIDIA BOLOY HERRERA, an individual, <br><br> Defendants. | Case No.: 2:17-cv-02129-JAD-GWF <br><br><br><br> **STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION AND DISCOVERY PENDING COMPLETION OF SETTLEMENT** |

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff U.S. Bank National Association, as Trustee For MASTR Asset Backed Securities Trust 2006-WMC4, Mortgage Pass-Through Certificates, Series 2006-WMC4 ("U.S. Bank"), and Defendants ER Holdings

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

NV LLC ("ER Holdings") and Villa Del Oro Owners Association (the "HOA") (collectively, the "Parties"),[1] by and through their respective undersigned counsel, stipulate as follows:

1.    The instant action was filed on August 8, 2017. [ECF No. 1.]

2.    ER Holdings and the HOA filed a joint answer to the Complaint on October 2, 2017. [ECF No. 9.]

3.    On November 20, 2017, the Court entered a Discovery Plan and Scheduling Order in this matter, which order set the deadline to complete discovery in this case for April 2, 2018. [ECF No. 11.]  Around the same time, U.S. Bank and ER Holdings commenced settlement discussions which have been ongoing throughout this action.  Accordingly, on February 28, 2018, the Court entered a Stipulation and Order Extending Discovery Deadlines (First Request), which extended the discovery deadline in this matter to July 2, 2018. [ECF No. 14.]

4.    On June 11, 2018, U.S. Bank and ER Holdings came to an agreement with respect to this matter, and are in the process of finalizing their settlement.

5.    Additionally, U.S. Bank and the HOA are discussing a possible resolution of this matter.

6.    Given the pending settlement between U.S. Bank and ER Holdings, and the settlement discussions between U.S. Bank and the HOA, and to avoid wasting resources and incurring potentially unnecessary expense associated with completing discovery, the Parties agree to, and hereby request, a stay of this case to give U.S. Bank and ER Holdings sufficient time and resources to finalize their settlement, as well as to give U.S. Bank and the HOA time to attempt to reach a resolution as well.

. . .

. . .

---

[1] Defendant Lidia Boloy Herrera has not appeared in this action.

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

1

2     7.     The Parties make this stipulation in good faith and not for purposes of delay.

3

| Dated this 19th day of June, 2018. | Dated this 19th day of June, 2018. |
|---|---|
| SMITH LARSEN & WIXOM | HOA LAWYERS GROUP, LLC |
| /s/*Katie M. Weber* | /s/*Steven T. Loizzi* |
| Kent F. Larsen, Esq. | Steven T. Loizzi, Jr., Esq. |
| Nevada Bar No. 3463 | Nevada Bar No. 10920 |
| Katie M. Weber, Esq. | 9500 W. Flamingo, Suite 204 |
| Nevada Bar No. 11736 | Las Vegas, Nevada 89147 |
| 1935 Village Center Circle | Attorney for Defendants |
| Las Vegas, Nevada 89134 | ER Holdings NV LLC and Villa Del Oro |
| Attorneys for Plaintiff | Owners Association |
| U.S. Bank National Association, As Trustee | |
| For MASTR Asset Backed Securities Trust | |
| 2006-WMC4, Mortgage Pass-Through | |
| Certificates, Series 2006-WMC4 | |

**IT IS SO ORDERED:**

_George Foley Jr_

UNITED STATES MAGISTRATE JUDGE

DATED:     6/21/2018

3