Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       kw@slwlaw.com
Attorneys for Plaintiff
U.S. Bank National Association,
As Trustee For MASTR Asset Backed
Securities Trust 2006-WMC4, Mortgage
Pass-Through Certificates, Series 2006-WMC4

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2006-WMC4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC4,<br><br>Plaintiff,<br><br>v.<br><br>ER HOLDINGS NV LLC, a Nevada limited liability company; VILLA DEL ORO OWNERS ASSOCIATION, a Nevada non-profit corporation; LIDIA BOLOY HERRERA, an individual,<br><br>Defendants. | Case No.: 2:17-cv-02129-JAD-GWF<br><br>**STIPULATION AND ORDER TO QUIET TITLE TO THE SUBJECT PROPERTY AND FOR DISMISSAL WITH PREJUDICE OF DEFENDANT ER HOLDINGS NV LLC**<br><br>ECF No. 19 |

Plaintiff U.S. Bank National Association, as Trustee For MASTR Asset Backed Securities Trust 2006-WMC4, Mortgage Pass-Through Certificates, Series 2006-WMC4 ("U.S. Bank"), and Defendant ER Holdings NV LLC ("ER Holdings") (together with U.S. Bank, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree as follows:

1

IT IS HEREBY STIPULATED AND AGREED that title to the property commonly known as 3171 Arville Street, Las Vegas, Nevada 89102 (APN 162-07-411-085) is quieted in the name of ER Holdings NV LLC.

IT IS FURTHER STIPULATED AND AGREED that nothing in this Stipulation and Order, or the relief granted herein, shall be construed or deemed to alter, affect, limit, waive, or restrict the rights of U.S. Bank (or any of its authorized agents, investors, affiliates, predecessors, successors, and assigns) relating to the promissory note (the "Note") described in the Deed of Trust recorded in the records of the Clark County, Nevada recorder as instrument number 20060712-0000341 (the "U.S. Bank DOT").

The Parties further agree that this Stipulation and Order is in no way intended to impair the rights of U.S. Bank (or any of its authorized agents, investors, affiliates, predecessors, successors, and assigns) to pursue any and all remedies against the Borrower(s), as defined in the U.S. Bank DOT and/or Note, that U.S. Bank (or any of its authorized agents, investors, affiliates, predecessors, successors, and assigns) may have relating to the Note, except the right to judicially or non-judicially foreclose/enforce the U.S. Bank DOT against the property described in the U.S. Bank DOT.

IT IS FURTHER STIPULATED AND AGREED that a copy of this Stipulation and Order may be recorded with the Clark County, Nevada Recorder.

. . .

. . .

. . .

. . .

. . .

2

IT IS FURTHER STIPULATED AND AGREED that ER Holdings shall be dismissed from this litigation WITH PREJUDICE, with each party to bear its own costs and fees. This dismissal pertains to ER Holdings only and not to any other party.

Dated this 21st day of November, 2018

SMITH LARSEN & WIXOM

/s/ *Katie M. Weber*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Plaintiff
U.S. Bank National Association, As Trustee For MASTR Asset Backed Securities Trust 2006-WMC4, Mortgage Pass-Through Certificates, Series 2006-WMC4

Dated this 21st day of November, 2018

HOA LAWYERS GROUP, LLC

/s/ *Steven T. Loizzi, Jr.*
Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 10920
9500 W. Flamingo, Suite 204
Las Vegas, Nevada 89147
Attorney for Defendants
ER Holdings NV LLC and Villa Del Oro Owners Association

### ORDER

Based on the parties' stipulation **[ECF No. 19]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties, and with good cause appearing, IT IS SO ORDERED. **ALL CLAIMS AGAINST ER Holdings NV, LLC are DISMISSED** with prejudice, each side to bear its own fees and costs. The parties are reminded that the stay of the litigation between U.S. Bank and the HOA remains in effect. *See* ECF No. 18. The parties are ORDERED to submit a status report by 12/10/18 that details the status of the dismissal of the remaining claims and parties.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 21, 2018