Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
kw@slwlaw.com
Attorneys for Plaintiff
U.S. Bank National Association,
As Trustee For MASTR Asset Backed
Securities Trust 2006-WMC4, Mortgage
Pass-Through Certificates, Series 2006-WMC4

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2006-WMC4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC4,<br><br>Plaintiff,<br><br>v.<br><br>ER HOLDINGS NV LLC, a Nevada limited liability company; VILLA DEL ORO OWNERS ASSOCIATION, a Nevada non-profit corporation; LIDIA BOLOY HERRERA, an individual,<br><br>Defendants. | Case No.: 2:17-cv-02129-JAD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT VILLA DEL ORO OWNERS ASSOCIATION ONLY**<br><br>ECF No. 21 |

Plaintiff U.S. Bank National Association, as Trustee For MASTR Asset Backed Securities Trust 2006-WMC4, Mortgage Pass-Through Certificates, Series 2006-WMC4, and Defendant Villa Del Oro Owners Association ("Villa Del Oro"), by and through their respective counsel of record, hereby stipulate and agree that Villa Del Oro shall be dismissed

1

from this litigation without prejudice, with each party to bear its own costs and fees. This dismissal pertains to Villa Del Oro only and not to any other party.

Dated this 26th day of November, 2018

SMITH LARSEN & WIXOM

/s/ *Katie M. Weber*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Plaintiff
U.S. Bank National Association, As Trustee For MASTR Asset Backed Securities Trust 2006-WMC4, Mortgage Pass-Through Certificates, Series 2006-WMC4

Dated this 26th day of November, 2018

HOA LAWYERS GROUP, LLC

/s/ *Steven T. Loizzi, Jr*
Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 10920
9500 W. Flamingo, Suite 204
Las Vegas, Nevada 89147
Attorney for Defendants
ER Holdings NV LLC and Villa Del Oro Owners Association

## ORDER

Based on the parties' stipulation **[ECF No. 21]**, and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST Defendant Villa Del Oro Owners Association are DISMISSED** without prejudice, each side to bear its own fees and costs. Plaintiff has until December 21, 2018, to move for default against --or to dismiss all claims against --remaining party Lidia Boloy Herrera, or the claims against Herrera will be dismissed without prejudice for failure to prosecute and this case will be closed.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 27, 2018